# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER<br><br>    Plaintiff(s),<br><br> v.<br><br>PHI HONG VOONG, et al.<br><br>    Defendant(s). | CASE NO.<br>2:20–cv–10778–DSF–JC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

  Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before May 3, 2021.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

  IT IS SO ORDERED.

Date: April 1, 2021        _/s/ Dale S. Fischer_
               Dale S. Fischer
               United States District Judge