# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER<br><br>        Plaintiff(s),<br><br>v.<br><br>PHI HONG VOONG, et al.<br><br>        Defendant(s). | CASE NO.<br>2:20−cv−10778−DSF−JC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before October 15, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: September 15, 2021               /s/ *Dale S. Fischer*
                                             Dale S. Fischer
                                             United States District Judge