JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PHI HONG VOONG, an individual; NGAN HONG VOONG, an individual; SUPREME EUPHORIA NO. 43, INC., a California corporation; and DOES 1-10, <br><br> Defendants. | Case No. 2:20-cv-10778-DSF-JC <br><br> **JUDGMENT** |

The Court having granted Plaintiff's Application for Default Judgment and Plaintiff's Motion for Attorneys' Fees, IT IS ORDERED that:

1. Judgment is entered for Plaintiff and against Defendants Phi Hong Voong, an individual, Ngan Hong Voong, an individual, and Supreme Euphoria No. 43, Inc., a California corporation ("Defendants").

2. Plaintiff is awarded statutory damages in the amount of $4,000 pursuant to the Unruh Civil Rights Act, § 52(a), *et seq*. against Phi Hong Voong, Ngan Hong Voong, and Supreme Euphoria No. 43, Inc.

3. Plaintiff is awarded attorneys' fees and costs in the amount of $6,971.41 pursuant to 42 U.S.C. § 12205 against Phi Hong Voong, Ngan Hong Voong, and Supreme Euphoria No. 43, Inc.

4. Defendants shall, within 180 days after the date on which this judgment is entered by the Court, remediate/provide the following items as set forth in the Court's Order Granting Plaintiff's Application for Default Judgment:

   a) Provide a tow away sign with the address and telephone number for reclaiming towed vehicles.

   b) Provide an accessible route of travel from the designated disabled parking space to the entrance of the business establishment located at 10805 S. Western Ave., Los Angeles, CA 90047, with no uneven changes in ground level exceeding one-half inch (1/2").

c) Provide a designated disabled parking space with the compliant length of eighteen feet (18'), by removing the bollards and the signpost.

d) Remediate the surface slopes in the access aisle exceeding two percent (2%) in the access aisle.

e) Re-paint the words "No Parking" in access aisle.

f) Remediate the uneven changes in ground level exceeding one-half inch (1/2") in the designated disabled parking space and access aisle and remove the oil throughout the spaces.

Dated: July 5, 2022

Dale S. Fischer
United States District Judge